UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Isidro Antonio Cruz**                    **Docket No. 5:19-CR-503-1FL**

**Petition for Action on Supervised Release**

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isidro Antonio Cruz, who, upon an earlier plea of guilty to Possession With Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 8, 2021, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years. On May 6, 2022, the sentence was reduced to 108 months imprisonment. Isidro Antonio Cruz was released from custody on January 28, 2026, at which time the term of supervised release commenced. On February 9, 2026, the case was reassigned to the Honorable Louise W. Flanagan, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 8, 2026, the defendant appeared before the Court for a hearing on a Motion to Modify the Conditions of Supervised Release. Based on the defendant's history of substance use disorder, the Court determined that he would benefit from a comprehensive substance abuse assessment. The Court ordered a modification to the conditions of supervised release requiring the defendant to complete a substance abuse assessment and comply with any recommended treatment.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Tuell Waters                          /s/ Michael Torres
Tuell Waters                              Michael Torres
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 910-929-0768
                                          Executed On: April 22, 2026

**Isidro Antonio Cruz**
**Docket No. 5:19-CR-503-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____12th_____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge